March 9 2015

Abel Acosta
Clerk of the Court
P.O. Box 12308
Austin, Texas, 78711

82,637-02,03

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

MAR 12 2015

**Abel Acosta, Clerk**

RE: LARRY EUGENE WRIGHT
VS. THE STATE OF TEXAS
CAUSE NUMBER #333724-A
AND 333724-B

Dear Abel Acosta

Enclosed please find the following instrument to be filed in your office in the above reference cause numbers. Please date stamp this letter. Please file and notify me of the filing by sending me this date stamp letter or any notification.

(1) Applicant's Objection To The Trial Courts Finding of Facts And Conclusion of Law

(2) Affidavit of Evidence

(3) EXHIBITS "A" AND "B"

Larry E. Wright
Applicant

# IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS

EX PARTE

LARRY EUGENE WRIGHT

APPICANT

CAUSE NO. 333724-A

333724-B

## APPLICANT'S OBJECTION TO THE TRIAL COURTS FINDINGS OF FACTS AND CON-CLUSIONS OF LAW

TO THE COURT OF CRIMINAL APPEALS, HONORABLE JUDGES

On Aug 4 2014, Applicant Wright filed this Pro-se Application for Post Conviction Writ of Habers Corpus, and on Aug 25 2014, the State filed it's Answer. The State REQUESTED AND RECIEVED from the trial court, to submit Affidavits in CAUSE NO. 333724-AND 333724-B. Dated 8 27, 2014 333724-A AND DATED 333724-B, SIGNED AND ORDERED by the court on Aug 27 2014 AND Oct 8 2014.

The Affidavits were Presented to Charley Valdez, Program Supervisor III, Classification AND Records Department-Texas Department of Criminal Justice Correctional Institution Division. On Oct 8 2014, Charlev Valdez RESPONDED to Affidavits 333724-A on Sept 29 2014 AND 333724-B on Jan 6 2015.

Respondent's Proposed Findings of Fact and Order, for 333724-A and 333724-B were submitted to the Court of Criminal Appeals on February 5, 2015

In the Conclusions of Law Pretaining to Cause No. 333724-A and 333724-B, the Recommendations to the Court of Criminal Appeals by the convicting court is based solely on the Affidavits submitted by C. Valdez.

## Applicant's Objection

Applicant strongly objects to Affidavits submitted to and Responded to by C. Valdez. After Reviewing the Affidavits, Applicant Responded and complained to the District Attorney Assistant, Baldwin Chin, Harris County, Texas. About the truthfullness of C. Valdez Response to the Affidavits. See EXHIBIT "A"

Applicant objects and Responds to the following, Pretaining to 333724-A - Affidavit. Proposed Finding of Fact and order February 5, 2015 in the 182nd District Court.

## Applicant's Response

(5) Applicant's Response to number five - Charley Valdez failed to state that Applicant was in Southeast Texas Transitional Center because the Board of Pardons and Parole placed him there on mandatory supervised released

AND that APPLICANT WAS NEVER REQUESTED NOR ALLOWED to submit a PAROLE PLAN before he WAS RELEASED from TDC-I on Jan. 31. 2013.

(7) APPLICANTS RESPONSE to NUMBER SEVEN - in PART - APPLICANT DID ADMIT to the ALLEGATION AND the hEARING officER DID find APPLICANT to have VIOLATED his condition of RELEASE but unDER MitiGATING circumstANCES the hEARING officER AND PAROLE officER RECOMMENDED NON-REVOCATION of APPLICANTS superVISED RELEASED.

(11) APPLICANTS RESPONSE to NUMBER ELEVEN - APPLICANT is in AGREEment that he has NOT RECIEVED CREDIT for the PERIOD he SPENT in SoutheAst TEXAS TRANSitioNAL CENTER UNDER manDATORY RELEASE.

(12) APPLICANTS RESPONSE to NUMBER twelve in PART - APPLICANT CAN NOT forfiet flAt time At SoutheAst TEXAS TRANSitioNAL CENTER UNDER MANDATORY SUPERVISION.

## APPLICANT's RESPONSE

RESPONSE to RESPONDENTS PROPOSED FINDING of FACT AND ORDER February 5. 2015 - PERtAINING to CAUSE NUMBER 333724-B in the 182ND District Court. HARRis County. TEXAS.

(3) APPLICANT's RESPOND to the FINDING of FACTS Page 2 - NUMBER 3 SEE RESPONSE NUMBER five (5) in APPLICANTS RESPONSE in CAUSE NUMBER 333724-A

(4) Applicants - Response to number four - Applicant contends that in CAUSE NUMBER 983512 - in the 176th District Court of Harris County, Texas is what Applicant was originally returned to TDC-I on Dec. 19, 2013 as EXHIBIT "I" of the 11.07 Writ of Habeas Corpus shows. 333724-B

(7) Applicants Response to number seven in Part. Page 3(B) the hearing officer found applicant did vidate conditions of his Release - However, Page 3 (C) the hearing officer and Parole officer Recommended non-Revocation of Applicants Supervised Release.

### Please Note:

(9) Applicant's Response to number nine - C. Valdez affidavit states the Parole Panel consisted of three members and nove voted to continue Applicant's supervised Release. This contradiction is ovious as C. Valdez Resply to affidavit - Response to number seven states Parole officer and hearing officer voted non-Revocation of Release and are members of the board of Pardons and Parole in a voting capacity.

(12) Applicant's Response to number twelve - and thirteen Please see EXHIBIT____ .

Applicant shows concern as to the Respondent's Proposed Finding of Fact and Order Febraury 5, 2015 - Cause number 333724-B that the Conclusion of Law is omitted.

In conclusion, Applicant strongly objects to the Affidavits asked and answered by C. Valdez for cause numbers 333724-A and 333724-B, submitted to this Honorable Court.

## PRAYER

Wherefore Relator prays this Honorable court will take into consideration his Objection To The Trial Court's Findings of Facts and Conclusions of Law and pray for a favorable Ruleing.

## Certificate of Service

I am Larry E. Wright #331704, appearing pro-se do hereby certify that a true and correct copy of Relators Objection To The Trial Court's Findings of Facts and Conclusions of Law has been served by placing same in the U.S. mail box on this 9th day of March 2015.

Respectfully Submitted
Larry E. Witt
Larry E. Wright #331704
O.B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

STATE OF TEXAS

COUNTY OF WALKER

## RELATORS LARRY E. WRIGHT
## AFFIDAVIT OF EVIDENCE

My name is Larry Eugene Wright. My birth date is December 27, 1950 and my inmate identifying number is 331704. I am presently incarcerated at the O.B. Ellis Unit in Walker County, Huntsville Texas, 77343. I declare under Penalty of Perjury that the foregoing is true and correct. Executed on the 9th day of March 2015, and I have Personal Knowledge of facts. Civil Practice and Remedies Code § 132.001 Acts 2011.      I am over the age of twenty-one years of age, capable of makeing this affidavit and have Personal Knowledge of facts.

Affiant strongly objects to the affidavits submitted to and responded to by Charley Valdez and entered into evidence. Pertaining to Applicants Writ of habeas Corpus - 333724-A and 333724-B. That the contents of C. Valdez Affidavit Are false.

*Larry E. Wright*
Affiant

January, 2015

Baldwin Chin
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002

Larry Eugene Wright
#331704 Ellis Unit
1697 FM 980
Huntsville, Texas 77343

EXHIBIT "A"

RE: Acknowledge - and Respond to Affidavit in cause number 333724-B in the 182nd District Court.

Dear Sir:

The affidavit of Charley Valdez, which was Requested by your office and ordered by the 182nd District Court was delivered to me on January 13, 2015.

Please accept and acknowledge this letter as a formal response to this affidavit, Requested by your office and ordered by the 182nd Court, that applicant would like to enlighten and respond to the false reply/respond to certain questions Ask and Answered by Charley Valdez Program Supervisor III for the Texas Department of Criminal Justice-Correction Institutions Division.

Please note that number five of the affidavit, C. Valdez Answer to this question is 'NO'. The Parole Panel consisted of three members. However, when examining EXHIBIT "A"

PRESENTED by C. VALDEZ, clearly shows on Page 2 of 4 that RECOMMEDATIONS were submitted by '1' Parole Officer '2' Hearing Officer '3' Analyst EVANS IRA. AND ON PAGE 3 of 4 of this same EXHIBIT "A" shows concurring votes By Ruzicka, Lynn AND Rangel, Federico. Five Persons giving RECOMMEDATIONS constitute illegal panel.

Number six of this affidavit does not co-inside with C. Valdez RESPONSE. When EXAmining EXHIBIT "A" PAGE 2 of 4, it clearly shows that RECommenDATions from the Parole officer AND the hearing officer is "NOW REVOCATION Action-Continue SUpervision Reaffirm or Modify Existing SPecial Conditions. C. Valdez Response to the Affidavit is NONE.

The RESPONSE to number SEVEN of the Affidavit is frivilous. TDCJ CAN AND DO have Documents thirty-plus YEAR pretaining to litication concerning cause number 333724 but now can't locate one Particular Document less than A Year old.

Sir, the RESPONSE to this affidavit by Charley Valdez is not only frivilous-Questionable but border line illegal. The RESPONSE by C. Valdez to Questions in this affidavit are without a doubt intended to cause AND direct an improper influence on the Decision

of the PENDING Writ of HABEAS CORPUS-333724-B.

Knowing that these Allegations have been covered in the PENDING Writ of HABEAS CORPUS-333724-B., Applicants only function is to make the Court and Officers of the court AWARE.

Thank you for your time consideration and assistance in REGARDS to this matter.

Sincerly,

Larry E. Wright

c/c
self

April 15, 2014

EXHIBIT "B"

Larry E. Wright
TDC-I #331704
Ellis Unit-H-20-3-2
1697 FM 980
Huntsville, Texas 77343

United States District Clerk's Office
P. O. Box 61010
Houston, Texas 77208-1010

Mr. David J. Bradley, Clerk

Dear Sir:

Would you Please enter the enclosed letter to my file.

Thank You.

Larry E. Wright

CASE NUMBER 4:14-CV-00150

CC-1-orgin
1-file

April 10. 2014

Larry E. Wright
TDC-I # 331704
Ellis Unit
1697 FM 980
Huntsville, Texas
77320-3320

Board of Pardons and Parole
  General Counsel Office
Assistant General Counsel
  Mr. David M. McKinney

Dear Sir:

I Recieved correspondence from your office dated March 18. 2014, i'n forming me that on 3/04/2014 the Board voted to deny a Motion to Reopen Hearing.

I did not Request on 1/16/2014, for a Motion to Reopen my hearing. Infact I was only made aware that I had been Revoked on 2-19-2014 by unit Parole here on the Ellis Unit.

I just Recieved on 3.17. 2014. copies of the Revocation Hearing Report, which is un-signed nor dated by me offender / nor Parole Personell.

copies - Original - David M. McKinney
    1    file
    1    USD clerk

Larry Wright